## MOTION DOCKET

**00–1984.  Aetna Cas. & Sur. Co. v. Goodyear Tire & Rubber Co.**
Summit App. No. 19121. On motion to present further information regarding the Insurance Environmental Litigation Association. Motion granted.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

COOK, J., not participating.